UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CIVIL NO. 1:10CV455-LG** |
| | | **CRIMINAL NO. 1:08CR93-LG-RHW** |
| | § § | |
| **GARY CLAYTON WALKER** | § | |

## JUDGMENT

This cause is before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [18]. The issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence [18], should be, and is hereby **DENIED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant's claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 4th day of April, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE